FILED
 2010 May-10  PM 01:14
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAFREDRICK COLBERT | ) |
| | ) |
| v. | ) Case No.  2:05-CR-297-RDP-PWG |
| | )                 2:09-CV-8033-RDP-PWG |
| UNITED STATES OF AMERICA | ) |

**MEMORANDUM OF OPINION**

The Magistrate Judge filed Findings and Recommendation on March 19, 2010, recommending that the motion to vacate be denied. On April 13, 2010 an order was entered directing the Clerk to mail another copy of the Magistrate Judge's Findings and Recommendation to Mr. Colbert at his new place of confinement. The order allowed Mr. Colbert until May 5, 2010, in which to file any objections he wished to make to the Findings and Recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's Findings are due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this      10th      day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**R. DAVID PROCTOR**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE